| | |
|---|---|
| K&L GATES LLP | MCCARTER & ENGLISH, LLP |
| Loly Tor<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>(973) 848-4000 | John E. Flaherty<br>Cynthia S. Betz<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444 |
| *Attorneys for Plaintiff Cipla Ltd.* | *Attorneys for Defendants Novartis Pharmaceuticals Corp. & Novartis AG* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CIPLA LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>NOVARTIS PHARMACEUTICALS CORP. and NOVARTIS AG,<br><br>            Defendants. | Civil Action No. 2:19-cv-20810-SRC-CLW |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Cipla Ltd. ("Plaintiff") and Defendants Novartis AG and Novartis Pharmaceuticals Corp. (collectively, "Defendants"), through their undersigned counsel of record, that Plaintiff's claims against Defendants be and hereby are voluntarily dismissed in their entirety without prejudice.  Each party shall bear its own costs and attorneys' fees.

– 2 –

Dated: February 4, 2020

By:  /s/Loly G. Tor
Loly G. Tor
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
(973) 848-4000

*Of Counsel*:

Anil H. Patel
K&L GATES LLP
1000 Main Street, Suite 2550
Houston, TX 77002
(713) 815-7300

Peter Giunta
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Elizabeth Weiskopf
Jenna Bruce
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Attorneys for Plaintiff Cipla Ltd.*

By:  /s/ Cynthia S. Betz
John E. Flaherty
Cynthia S. Betz
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Of Counsel*:

Lisa J. Pirozzolo
Kevin S. Prussia
Timothy A. Cook
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

*Attorneys for Defendants Novartis Pharmaceuticals Corp. & Novartis AG*

**SO ORDERED.**

s/ Stanley R. Chesler